[925 NE2d 93, 899 NYS2d 750]

In the Matter of SUFFOLK COUNTY COMMUNITY COLLEGE et al., Respondents, v NEW YORK STATE DIVISION OF HUMAN RIGHTS, Appellant and Cross Petitioner. BRUCE SIMMONS, Respondent on the Cross Petition.

Decided February 23, 2010

### APPEARANCES OF COUNSEL

*Michael K. Swirsky*, Bronx, for appellant.

*Christine Malafi, County Attorney*, Hauppauge (*Jennifer K. McNamara* of counsel), for respondents.

### OPINION OF THE COURT

On review of submissions pursuant to section 500.11 of the Rules of the Court of Appeals (22 NYCRR 500.11), order, insofar

as appealed from, reversed, with costs, and matter remitted to the Appellate Division, Second Department, for consideration of issues raised but not determined on the proceedings before that court. Substantial evidence in the record supports the determination of the State Division of Human Rights that complainant was subjected to unlawful discriminatory employment practices.

Concur: Chief Judge LIPPMAN and Judges CIPARICK, GRAFFEO, READ, SMITH, PIGOTT and JONES.